UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Yvette Brown Plaintiff,

Case No. 12-cv-00810 (AKH)

-against-

Lazare Kaplan International, Inc et al Defendant.

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]   I have cases pending          [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Edward J. Kennedy**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: (EK1633)     My State Bar Number is 4798914

I am,
[✓]   An attorney
[ ]   A Government Agency attorney
[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Phillips & Phillips Attorneys At Law Pllc.
            FIRM ADDRESS: 30 Broad St. 35th Fl., New York, N.Y., 10004
            FIRM TELEPHONE NUMBER: (212)-248-7431
            FIRM FAX NUMBER: (212) 587-4169

NEW FIRM:   FIRM NAME: Phillips & Associates Attorneys At Law Pllc.
            FIRM ADDRESS: 30 Broad St. 35th Fl., New York, N.Y., 10004
            FIRM TELEPHONE NUMBER: (212)-248-7431
            FIRM FAX NUMBER: (212) 901-2107

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 1/7/2013

Edward J. Kennedy (EK-1633)
ATTORNEY'S SIGNATURE